UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  June 14, 2018 |
| | ) | Hearing Time: 9:30 a.m. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:          Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                September 21, 2017

Period for Which
Compensation is sought:     November 27, 2017 to Close of Case

Amount of Fees sought:      $ 2,250.00

Amount of Expense
Reimbursement sought:       $    0.00

This is an:      Interim Application  __      Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:  N/A .

Dated: May 18, 2018                     Joseph A. Baldi, Trustee of the Estate of
                                        Lance G. Loiselle, Debtor


                                        By: _____/s/Joseph A. Baldi, Trustee_____
                                             Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  June 14, 2018 |
| | ) | Hearing Time:  9:30 a.m. |

**First and Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the bankruptcy estate ("Estate") of Lance G. Loiselle ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,250.00 as final compensation for services rendered as chapter 7 trustee in this case from November 27, 2017 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1.      Debtor commenced this case on September 21, 2017 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.      Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's sole asset was the Debtor's minority membership interest of 1.1% in Loiselle Properties, LLC which owns and rents two properties in Michigan ("Property").

4.      The bar date for filing claims in this case was April 27, 2018 for both general unsecured creditors and governmental units.

**Prior Compensation and Expense Reimbursement**

5.      This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

### Services Rendered by Trustee

7.     Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.  Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A.     Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs which were filed in support of Debtor's petition for bankruptcy relief.  Trustee conducted an examination of the Debtor pursuant to Section 341 of the Code.

B.     Trustee analyzed the Estate's interest in the Debtor's minority membership in Loiselle Properties, LLC. The Trustee reviewed and analyzed the tax returns of both the Debtor and Loiselle Properties, LLC, rent rolls for the properties owned by Loiselle Properties, LLC, appraisals on those properties and also the Buy/Sell Agreement of Loiselle Properties, LLC. Trustee solicited an offer from the other members of Loiselle Properties for the Debtor's interest in accordance with their rights of first refusal under the Buy/Sell Agreement. Trustee received an offer from Ronald Loiselle to purchase the Debtor's interest for $15,000.00. After reviewing valuation information, Trustee accepted the offer and directed his attorney to file a motion to approve the sale;

C.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.     Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.     Trustee examined, analyzed and verified proofs of claim filed against the

Estate;

F.   Trustee otherwise administered this Estate and directed the allocation, liquidation, and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.   Trustee has collected the sum of $15,000.00 on behalf of the Estate. Trustee has made $0.00 in disbursements in this case as of the date hereof, primarily in payment of the costs of sale for the condos.

9.   Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash Receipts and Disbursements Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.   During the period covered by this Application, Trustee has spent 8.30 hours rendering services on behalf of this Estate with a value of $2,587.50. Trustee estimates that he will spend an additional three hours rendering services with a value of $820.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11.   The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $2,250.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $10,000.00 | $1,000.00 |
| Total allowable compensation | $2,250.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a partial distribution to the Estate's general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtor.

12.   Based upon the services rendered, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through

the closing of this case in the amount of $2,250.00. The amount requested represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14.     Trustee requests that the compensation requested herein be paid from the Estate funds in his possession as part of his final distribution in this case.

### Status of the Case

15.     The Trustee has liquidated or sought to abandon at closing all of the assets of the Estate and has completed his review and analysis of the claims filed against the Estate.

16.     Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Lance G. Loiselle, debtor requests the entry of an order providing the following:

A.      Allowing to Trustee final compensation in the amount of $2,250.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 27, 2017 through the closing of this case;

B.      Authorizing Trustee to make a distribution of the monies awarded above as part of his final distribution in this case, and

C.      For such other and further relief as this Court deems appropriate.


Dated:   May 8, 2018                    Joseph A. Baldi, as trustee of the estate of
                                        Lance G. Loiselle, Debtor

                                        By:_____/s/_____
                                                Joseph A. Baldi

Joseph A. Baldi
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**     (312) 470-6323                                                                  **FEIN:** 36-4352753

---

*Invoice submitted to:*                                                        May  9, 2018
                                                                               Invoice No:   03030

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Loiselle - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/27/2017 | JAB | Review and analyze tax returns of debtor (.3), Loiselle Properties (.3), Review property location and characteristics for valuation (.2) | 0.80 $450.00/ hr | $360.00 |
| 11/28/2017 | JAB | Prepare email to debtor's attorney re valuation of LLC interest, documents needed for same. | 0.60 $450.00/ hr | $270.00 |
| 1/22/2018 | JMM | Respond to email from Susan re: documents provided, additional info needed (.2) | 0.20 $195.00/ hr | $39.00 |
| 1/23/2018 | JMM | Asset Notice filed | 0.10 $195.00/ hr | $19.50 |
| 2/12/2018 | JAB | Review buy sell agreement, prepare letter to manager of LLC re purchase of debtor's interest in LLC. | 1.00 $450.00/ hr | $450.00 |
| 4/16/2018 | JMM | Request EIN from IRS (.1), Open new bank account and deposit check with IQ7 (.1), Send check to bank via scanner (.1) | 0.30 $195.00/ hr | $58.50 |

# Baldi Berg, Ltd

5/09/2018

Loiselle - Trustee

Page    2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 4/27/2018 | JAB | Review Bill of Sale of Personal Property, edit Bill of Sale for Ronald Loiselle (.4) | 0.40 $450.00/ hr | $180.00 |
| 4/30/2018 | JMM | Draft Letter to Ronald Loiselle re - Bill of Sale of Personal Property (.5) | 0.50 $195.00/ hr | $97.50 |
| 5/01/2018 | JMM | Edit Report of Sale with JAB's edits | 0.40 $195.00/ hr | $78.00 |
| 5/03/2018 | JMM | Review claims in preparation of TFR (.2), Draft Trustee Fee Application (1.1), Prep coversheet, affidavit, and proposed order (.3) | 1.60 $195.00/ hr | $312.00 |
| 5/03/2018 | JMM | Prepare TFR (.8), and NFR (.2), Review and edit TR Final Report Package (.4) | 1.40 $195.00/ hr | $273.00 |
| 5/04/2018 | JAB | Review and approve Trustee's Final Report for submission (.7), Correspond with JMM re: edits and approval for submission to UST (.3) | 1.00 $450.00/ hr | $450.00 |

|  |  |
|---|---|
| Total Fees | $2,587.50 |
| Total New Charges | $2,587.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,587.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 3.80 | $450.00 |
| Jason M Manola | 4.50 | $195.00 |

**Trustee's Final Fee Application**                     **Lance G. Loiselle, Debtor**
                                                        **Case No. 17-28246**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Trustee's Affidavit Pursuant to Rule 2016

State of Illinois        )
County of Cook        )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3.      I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case.  I have not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case.

4.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on May 8th, 2018

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**