UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: June 14, 2018 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:　Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:　Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:　November 8, 2017

Period for Which
Compensation is sought:　October 26, 2017 to the close of case

Amount of Fees sought:　$2,734.50

Amount of Expense
Reimbursement sought:　$0.00

This is an:　Interim Application __　　Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | **Not Applicable** | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___ .

Dated: May 18, 2018　　　　　　　　　Baldi Berg, Ltd.

　　　　　　　　　　　　　　　　　　By: ___/s/Joseph A. Baldi___
　　　　　　　　　　　　　　　　　　　　Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: June 14, 2018 |
| | ) | Hearing Time: 9:30 a.m. |

**Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Joseph A. Baldi, as chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Lance G. Loiselle, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $2,734.50, as final compensation for 10.10 hours of legal services rendered to the Trustee from October 26, 2017 through the close of this case. In support thereof, BB respectfully states as follows:

**Introduction**

1.  Debtor commenced this case on September 21, 2017 by filing a voluntary petition for relief under chapter 7 of the Code.

2.  Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  As of the commencement of this case, the Estate's sole asset was the Debtor's minority membership interest of 1.1% in Loiselle Properties, LLC which owns and rents two properties in Michigan ("Property").

4.  The bar date for filing claims in this case was April 27, 2018 for general unsecured creditors and governmental units.

**Retention of Baldi Berg, Ltd.**

5.  On November 7, 2017, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for

Trustee since its retention.

6. The professional qualifications and experience of the BB attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. A listing of the attorneys, paralegals, and clerks who were responsible for representing the Trustee during the period covered by this fee application, their position with the firm, hourly rate(s) as adjusted from time to time, and the total hours expended by each professional is detailed below:

| **PROFESSIONAL** | **TITLE** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|---|
| Joseph A. Baldi | Principal | $450.00 | 3.00 | $ 1,350.00 |
| Ricki Podorovsky | Paralegal | $195.00 | 3.00 | $ 585.00 |
| Jason M. Manola | Paralegal | $195.00 | 4.10 | $ 799.50 |
| **TOTALS** | | | | $ 2,734.50 |

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

### Services Rendered by Baldi Berg, Ltd.

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BB during the period covered by this Application are summarized below:

BB represented the Trustee with respect to general case administration including the liquidation of the Debtor's property and the preparation and presentation of various motions filed

with the Court. Once the Trustee determined there were assets to administer in this case, BB prepared and presented an Application to Employ Attorneys which was granted by this Court on November 7, 2017.

BB assisted the Trustee with the analyzation and liquidation of the Debtor's interest in Loiselle Properties, LLC and the valuation of that interest. Trustee negotiated and settled with one of the members of Loiselle Properties, LLC for the sale of the estate's interest in Loiselle Properties, LLC owned by the Debtor for the sum of $15,000.00. BB prepared and presented a Motion to Sell Property Under Section 363(b) – Minority Membership Interest in Loiselle Properties, LLC which was granted by this Court on April 4, 2018. BB prepared a Report of Sale required by Rule 6004 for the transaction. Finally, BB prepared this final fee application.

In connection with the foregoing services, BB expended 10.10 hours of service on behalf of the Trustee for which it now requests compensation in the amount of $2,734.50.

**Compensation Requested**

10. BB has expended a total of 10.10 hours for the services described and categorized in paragraph 9 above. The total value of and the amount of compensation requested herein for those services is $2,734.50.

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more professionals participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BB in this Application are their

usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized on the table in paragraph 6 above.

### Payment of Compensation

13. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation to be received by BB for services rendered to the Trustee regarding this case.

14. BB has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case. BB requests that the Trustee be authorized to pay the compensation awarded herein as part of the Trustee's final distribution in this case.

### Status of the Case

17. The Trustee has administered all the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19. Trustee currently has $15,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection

with his final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a partial distribution to general unsecured creditors with timely filed claims.

## Trustee's Approval

21. BB certifies that the Trustee has received, reviewed, and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $2,734.50 for actual and necessary professional services rendered to the Trustee from October 26, 2017 through the closing of this case;

B. Authorizing the Trustee to pay the compensation awarded herein from the funds on hand in the Estate as part of the Trustee's final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.


Dated: May 8, 2018               Baldi Berg, Ltd.

                                 Attorneys for Joseph A. Baldi, as trustee of the estate
                                 of Lance G. Loiselle, debtor


                                 By:____/s/_____
                                        Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

5

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-28246 |
| | ) | |
| Lance G. Loiselle, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## Order Authorizing Trustee to Employ Attorneys

   THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

   IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Lance G. Loiselle, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by this Court upon proper application.

Enter:   *Jacqueline P. Cox*
         J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:   11-7-17

**Prepared by:**
Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

Rev: 20170105_bko

**Baldi Berg, Ltd.**　　　　　　　　　　　　　　　　　　　　**Lance G. Loiselle, Debtor**
**Final Fee Application**　　　　　　　　　　　　　　　　　　**Case No. 17-28246**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi Berg & Wallace, Ltd.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.

**Baldi Berg, Ltd.**

Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.


### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.


### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola holds his Paralegal Certificate earned at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  **Lance G. Loiselle, Debtor**
**Final Fee Application**  **Case No. 17-28246**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:     (312) 470-6323

FEIN: 36-4352753

## Invoice submitted to:

May 9, 2018
Invoice No:   03029

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Loiselle - Gen. Admin.*

## Professional Services

| Date | Staff | Description | Hours | Charges |
| --- | --- | --- | --- | --- |
| 10/26/2017 | JMM | Draft Trustee's Application to Employ Attorneys (.8), Affidavit (.1), Proposed Order (.1) | 1.00 $195.00/ hr | $195.00 |
| 11/07/2017 | JAB | Prepare for and attend hearing on Loiselle - App to Employ BB (Cox) | 0.50 $450.00/ hr | $225.00 |
| 11/27/2017 | JAB | Analyze Buy/Sell Agreement to determine value of Debtor's interest in LLC (.7), TC with debtor's attorney re: valuation of interest, additional documents needed (.3) | 1.00 $450.00/ hr | $450.00 |
| 3/12/2018 | RKP | Review multiple emails re: offer to purchase LLC interest (.3); review file for information needed to prepare motion to sell (.3); draft motion to sell (1.3); draft 2002 notice (.4); draft proposed order (.2) | 2.50 $195.00/ hr | $487.50 |
| 3/13/2018 | RKP | Prepare certificate of service for 2002 notice (.1); verify service list (.1); prepare motion and notice to be served and filed (.2); email to J. Baldi re: same (.1) | 0.50 $195.00/ hr | $97.50 |
| 3/16/2018 | RKP | Draft motion to employ accountants (.2); affidavit and proposed order (.1); email to L. West re: retention (.1) | 0.00 $195.00/ hr | $0.00 |

**Baldi Berg, Ltd**                                                                           5/09/2018

Loiselle - Gen. Admin.                                                                 Page    2

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/21/2018 | RKP | Confer with Trustee re: application to employ accountants; prepare motion for filing and service | 0.00<br>$195.00/ hr | $0.00 |
| 4/18/2018 | JMM | Draft Bill of Sale for Ronald Loiselle re: Sale of Minority membership in Loiselle Properties (.7), Draft Report of Sale re: same (.5) | 1.20<br>$195.00/ hr | $234.00 |
| 4/30/2018 | JAB | Review and revise bill of sale (.4), Confer with JMM (.1) | 0.50<br>$450.00/ hr | $225.00 |
| 5/03/2018 | JMM | Prepare BB Fee Application (1.2), Prepare coversheet, affidavit and proposed order (.3), Review and edit Fee App (.4) | 1.90<br>$195.00/ hr | $370.50 |
| 5/04/2018 | JAB | Review and edit trustee fee application for presentation to Court. (.4)  Review and revise BB fee application re same. (.4) Confer with JMM re follow up  (.2) | 1.00<br>$450.00/ hr | $450.00 |

|  |  |
|---|---|
| Total Fees | $2,734.50 |
| Total New Charges | $2,734.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,734.50 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 3.00 | $450.00 |
| Jason M Manola | 4.10 | $195.00 |
| Ricki K Podorovsky | 3.00 | $195.00 |

**Baldi Berg, Ltd.**  **Lance G. Loiselle, Debtor**
**Final Fee Application**  **Case No. 17-28246**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Lance G. Loiselle, | ) | Case No. 17-28246 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am a principal of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 8th day of May, 2018

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit D**