UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Lance Gerard Loiselle § Case No. 17-28246
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $117,082.50 (Without deducting any secured claims) | Assets Exempt: $6,497.50 |
| Total Distributions to Claimants: $10,015.50 | Claims Discharged Without Payment: $78,830.13 |
| Total Expenses of Administration: $4,984.50 | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $181,875.85 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,984.50 | $4,984.50 | $4,984.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $87,422.00 | $77,703.63 | $77,703.63 | $10,015.50 |
| **TOTAL DISBURSEMENTS** | $269,297.85 | $82,688.13 | $82,688.13 | $15,000.00 |

4) This case was originally filed under chapter 7 on 09/21/2017. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    07/10/2018          By :    /s/ Joseph A. Baldi

                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Loiselle Properties, LLC - 1.1% membership interest | 1229-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | $15,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, N.A. | | $31,636.85 | NA | NA | $0.00 |
| | Specialized Loan Services, LLC | | $150,239.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $181,875.85 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Baldi Berg, Ltd | 3110-000 | NA | $2,734.50 | $2,734.50 | $2,734.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,984.50 | $4,984.50 | $4,984.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Verizon by American InfoSource | 7100-000 | NA | $196.43 | $196.43 | $25.32 |
| 00001 | Navient Solutions, LLC. | 7100-000 | $76,280.00 | $77,507.20 | $77,507.20 | $9,990.18 |
| | Citi | | $2,503.00 | NA | NA | $0.00 |
| | Citi | | $4,052.00 | NA | NA | $0.00 |
| | PNC Bank | | $4,587.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $87,422.00 | $77,703.63 | $77,703.63 | $10,015.50 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-28246 | Judge: | Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Lance Gerard Loiselle | | | Date Filed (f) or Converted (c): | 09/21/2017 (f) |
| | | | | 341(a) Meeting Date: | 10/24/2017 |
| For Period Ending: | 07/10/2018 | | | Claims Bar Date: | 04/27/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 1868 South Millard Ave., Chicago, IL 60623 | 115,285.00 | 0.00 | | 0.00 | FA |
| 2. | 2007 Mazda 3 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. | Laptop, Desktop, Tablet, Couch, Television, Record Player, bedroom set, living room set, tuba, keyboards, sound equipment | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. | necessary wearing apparel | 700.00 | 0.00 | | 0.00 | FA |
| 5. | Tuba, electrical keyboard and sound equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. | Checking Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Savings Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 8. | Cigiol Publishing-Sole Proprietorship | 0.00 | 0.00 | | 0.00 | FA |
| 9. | Rent Piatek Management | 1,095.00 | 0.00 | | 0.00 | FA |
| 10. | Loiselle Properties, LLC - 1.1% membership interest (u) | 18,000.00 | Unknown | | 15,000.00 | FA |

**Gross Value of Remaining Assets**

| **TOTALS (Excluding Unknown Values)** | 141,580.00 | 0.00 | | 15,000.00 | 0.00 |

Re Prop. #10   Sold interest to one of the members of Loiselle Properties, LLC per Court Order dated April 4, 2018 [Dkt. No. 35]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 10, 2018: Trustee's Final Report was approved by the Court and the Trustee distributed funds on hand. Trustee is in the process of submitting his Distribution Report to the UST for approval and anticipates the case will close shortly thereafter.

April 30, 2018: Trustee sold the Debtor's minority membership interest to one of the other members of Loiselle Properties, LLC. Trustee collected $15,000.00 from the sale of the interest in Loiselle Properties, LLC. Trustee has reviewed claims and is in the process of submitting his Final Report to the UST for approval.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 17-28246 | Judge: Jacqueline P. Cox |
| Case Name: Lance Gerard Loiselle | Trustee Name: Joseph A. Baldi |
| | Date Filed (f) or Converted (c): 09/21/2017 (f) |
| | 341(a) Meeting Date: 10/24/2017 |
| For Period Ending: 07/10/2018 | Claims Bar Date: 04/27/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/01/2018    **Current Projected Date of Final Report(TFR) :** 06/15/2018

**Trustee's Signature**     /s/Joseph A. Baldi       **Date:** 07/10/2018
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 17-28246 | Trustee Name: | Joseph A. Baldi |
| Case Name: Lance Gerard Loiselle | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5658 Checking Account |
| Taxpayer ID No: **-***8847 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 7/10/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/16/2018 | [10] | Ronald G. Loiselle Living Trust<br>Ronald G. Loiselle, Trustee<br>503 Ann Street<br>Plymouth, MI 48170 | Sale of Minority Membership Interest in Loiselle Properties, LLC Authorized Per Court Order dated April 4, 2018 | 1229-000 | 15,000.00 | | 15,000.00 |
| 06/14/2018 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 2,250.00 | 12,750.00 |
| 06/14/2018 | 51002 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorneys Fees | 3110-000 | | 2,734.50 | 10,015.50 |
| 06/14/2018 | 51003 | Navient Solutions, LLC.<br>220 Lasley Ave<br>Hanover Township, PA 18706 | Disb of 12.89% to Claim #00001 | 7100-000 | | 9,990.18 | 25.32 |
| 06/14/2018 | 51004 | Verizon by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Disb of 12.89% to Claim #00002 | 7100-000 | | 25.32 | 0.00 |
| | | | Page Subtotals | | 15,000.00 | 15,000.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 7)

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-28246 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Lance Gerard Loiselle | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5658 Checking Account |
| Taxpayer ID No: | **-***8847 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 15,000.00 | 15,000.00 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| **SUBTOTALS** | | 15,000.00 | 15,000.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 15,000.00 | 15,000.00 |

| All Accounts Gross Receipts: | 15,000.00 |
|---|---|
| All Accounts Gross Disbursements: | 15,000.00 |
| All Accounts Net: | 0.00 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5658 Checking Account | 15,000.00 | 15,000.00 | |
| **Net Totals** | 15,000.00 | 15,000.00 | 0.00 |